

KALEB MCNEELY
**Partner**
(212) 415-9215
FAX (212) 953-7201
mcneely.kaleb@dorsey.com

July 7, 2021

**VIA ECF**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

>    Re:    *Balchem Corporation et. al. v. Starr Technical Risks Agency, Inc. et al.*,
>           7:19-cv-04666-CS-AEK

Dear Judge Krause:

This firm represents Plaintiffs Balchem Corporation ("Balchem") and Albion Laboratories, Inc. ("Albion") (together, "Plaintiffs") in the above-captioned matter.  I write on behalf of Plaintiffs and Defendant ACE American Insurance Company ("Defendant") pursuant to paragraph 1.D of Your Honor's Individual Practices to request an adjournment of the status conference scheduled for July 8, 2021 (the "Status Conference").  *See* Dkt. No. 60.

The reason for the adjournment request is that the parties have reached an agreement in principle to resolve this action and anticipate filing a stipulation of dismissal once their settlement agreement is finalized.   The parties have previously requested an adjournment of a status conference scheduled for June 10, 2021, which the Court granted on June 8, 2021.  *See* Dkt. No. 60.

Counsel for Defendant has stated that Defendant consents to and joins in this adjournment request.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Kaleb McNeely*
Kaleb McNeely

**APPLICATION GRANTED.**  The July 8, 2021 status conference is adjourned *sine die*.

Dated: July 7, 2021

**SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge